UNITED STATES of America, Plaintiff–Appellee,

v.

Angel HARO–PEREZ, a.k.a. UM–23, Defendant–Appellant.

No. 09–14946
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 27, 2010.

Thomas C. Wooldridge, Wooldridge & Jezek, LLP, Atlanta, GA, for Defendant–Appellant.

Elizabeth M. Hathaway, Jenny R. Turner, John Andrew Horn, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

---

924

Before PRYOR, MARTIN and HILL, Circuit Judges.

PER CURIAM:

Thomas C. Wooldridge, appointed appellate counsel for Angel Haro–Perez, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Haro–Perez's conviction and sentence are **AFFIRMED.**